IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| BLACKLICK HOTSPOT CORP., | ) | |
| | ) | |
| | ) | 2:21-CV-00138-MJH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MANSFIELD OIL COMPANY OF | ) | |
| GAINESVILLE, INC., EMPIRE | ) | |
| PETROLEUM PARTNERS, LLC, | | |
| | | |
| Defendants, | | |

## **MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges.

On August 10, 2021, the Magistrate Judge issued a Report and Recommendation (ECF No. 32) recommending that Defendants' Motions to Dismiss or Alternatively, Motion to Transfer Venue (ECF Nos. 4 and 11), be granted and that this civil action be transferred to the United States District Court for the Northern District of Georgia, Gainesville Division.

The parties were advised that written objections to the Report and Recommendation were due by August 24, 2021. No objections were filed.

Accordingly, after *de novo* review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

The Magistrate Judge's Report and Recommendation (ECF No. 32), dated August 10, 2021, is adopted as the Opinion of the Court.

IT IS FURTHER ORDERED that Defendants' Motions to Dismiss or Alternatively, Motion to Transfer Venue (ECF Nos. 4 and 11) is GRANTED in relation to the Motion to Transfer.

IT IS FURTHER ORDERED that, this civil action will be transferred to the United States District Court for the Northern District of Georgia, Gainesville Division.  The Clerk shall undertake the necessary procedures to effectuate said transfer.

DATED this 26th day of August, 2021.

BY THE COURT:

_____
MARILYN J. HORAN
United States District Judge